IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CR 64-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| TYQUISE DEANDRE GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** came before the undersigned pursuant to a Motion for Detention Hearing (#84) filed by counsel for Defendant. It appearing to the Court that good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Detention Hearing (#84) is hereby **ALLOWED** and a hearing will be set for **June 17, 2016 at 10:30 a.m**. in courtroom #2 of the United States Courthouse in Asheville, North Carolina.

Signed: June 8, 2016

Dennis L. Howell
United States Magistrate Judge

1